

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2019

No. 04-18-00885-CV

**IN THE INTEREST OF A.S.A. AND A.S.A., MINOR CHILDREN**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1794-CV-C
Honorable Thomas Nathaniel Stuckey, Judge Presiding

## O R D E R

Appellee's first request for an extension of time to file its brief is GRANTED. Appellee's brief is due on **March 11, 2019.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court